JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JONATHAN BROMBERG, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company,<br><br>Defendants. | Case No.: CV 15-7930-DMG (MRWx)<br>CV 16-7632-DMG (MRWx)✓<br><br>**ORDER RE STIPULATION TO CONSOLIDATE ACTIONS AND CONTINUE DEADLINES** |
| ALEXIS MAITCHOUKOW, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL INFORMATION SERVICES, INC., a Georgia corporation, and FIS MANAGEMENT SERVICES, LLC, a Delaware limited liability company, DOES 1 through 25,<br><br>Defendants. | |

1

**Whereas**, in the Complaint in Case Number CV 15-7930, Plaintiff Jonathan Bromberg has alleged claims under the Fair Labor Standards Act and under the California Labor Code against Defendants Fidelity National Information Services, Inc. and FIS Management Services, LLC ("Defendants") based upon Defendants' alleged misclassification of Plaintiff Bromberg and other similarly situated employees who worked as systems administrators or other non-management and information technology support personnel as exempt.

**Whereas**, in the Complaint in Case Number Case Number CV 16-7632, Plaintiff Alexis Maitchoukow has alleged claims under the Fair Labor Standards Act and under the California Labor Code against Defendants based upon Defendants' alleged misclassification of Plaintiff Maitchoukow and other employees with the job titles of Systems Administrators Senior and Hardware Planner as exempt.

**Whereas**, the pleadings in both Case Number CV 15-7930 and Case Number CV 16-7632 allege the same or similar claims, except that the Complaint in Case Number CV 16-7632 also alleges a claim under California Labor Code sections 201-203 for failure to pay all amounts due at separation,

**Whereas**, the parties agree that in order to conserve judicial resources and efficiently manage the litigation of the claims alleged against Defendants in Case Number CV 15-7930 and Case Number CV 16-7632, and because the two lawsuits involve numerous common questions of law and fact, the parties and the Court would be best served by consolidating the two lawsuits pursuant to Federal Rule of Civil Procedure 42(a) and by continuing the current certification deadline set forth in the Court's Order dated June 8, 2016 [Doc. # 30];

**Whereas**, the Maitchoukow action, Case Number CV 16-7632, will be consolidated into the earlier filed Bromberg Action, Case Number CV 15-7930;

**Whereas**, the Bromberg and Maitchoukow actions will be consolidated into a single Master Complaint that alleges all claims raised in either of the Actions against all individuals falling in the California Class and Collective Class as alleged in either of the Actions.

**Therefore**, in accordance with the parties' Agreement and Stipulation, the Court orders as follows:

1.	Pursuant to Federal Rule of Civil Procedure 42(a), the Bromberg Action, Case Number CV 15-7930 and the Maitchoukow action, Case Number CV 16-7632 shall be consolidated for all purposes.  Henceforth, the parties in the consolidated action shall use Case Number CV 15-7930 for all filings.  Case Number CV 16-7632 shall be administratively closed.

2.	Within three days from the entry of this Order consolidating Case Number CV 15-7930 and Case Number CV 16-7632, Plaintiffs shall file one consolidated master complaint under Case Number CV 15-7930 that alleges all claims raised in either of the Actions against all individuals falling in the California Class and Collective Class as alleged in either of the Actions.

3.	The last day for Plaintiff in Case Number CV 15-7930 to file a motion for class certification under Federal Rule of Civil Procedure 23 shall be continued to April 17, 2017.

**IT IS SO ORDERED.**

DATED:  January 4, 2017

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE